# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CELSO ACOSTA GARCIA, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiff, )      18-cv-23399
vs. )
)
PAJEOLY CORP., )
PAOLO MAIETTA, )
JENNIFER MAIETTA, )
)
          Defendants. )

## SUMMONS IN A CIVIL ACTION

To:
**PAJEOLY CORP.,
Registered Agent: PAGIO'S & ASSOCIATES, LLC
1040 71ST STREET
STE. 103
MIAMI BEACH, FL 33141**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    **Steven M. Larimore**

Date: **AUG 2 2 2018**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CELSO ACOSTA GARCIA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>　　　　　Plaintiff,<br>vs.<br><br>PAJEOLY CORP.,<br>PAOLO MAIETTA,<br>JENNIFER MAIETTA,<br><br>　　　　　Defendants. | 18-cv-23399 |

## SUMMONS IN A CIVIL ACTION

To:
**MAIETTA, PAOLO
710 WASHINGTON AVE., STE. C-2
MIAMI BEACH, FL 33139**

A lawsuit has been filed against you.

　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* **Steven M. Larimore**

Date: **AUG 2 2 2018**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CELSO ACOSTA GARCIA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>PAJEOLY CORP.,<br>PAOLO MAIETTA,<br>JENNIFER MAIETTA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    18-cv-23399 |

## SUMMONS IN A CIVIL ACTION

To:
**MAIETTA, JENNIFER
710 WASHINGTON AVE., STE. C-2
MIAMI BEACH, FL 33139**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*    **Steven M. Larimore**

Date: AUG 2 2 2018