United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Celso Acosta Garcia, et al., Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-cv-23399-Civ-Scola |
| | ) |
| Pajeoly Corp., Paolo Maietta, | ) |
| Jennifer Maietta, Defendants. | |

### Order Requiring Discovery And Scheduling Conference, Order Requiring Statement Of Claim And Response In FLSA Case, And Order Referring Non-Dispositive Pretrial <u>And Discovery Matters To The Magistrate Judge</u>

This matter is before the Court upon an independent review of the record. The parties must abide by the following instructions:

1. This is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the following procedures are required:

   a. The Plaintiff must file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g.*, overtime or regular) **no later than twenty-one days from date of this Order, inclusive of mailing days**.

   b. When the Defendant first appears in the case, or at the time of filing if Defendant has already appeared, the Plaintiff must promptly serve a copy of this Order and the statement of claim upon the Defendant. The Plaintiff must also file a notice with the Court indicating the date the Plaintiff served Defendant with the statement of claim. (If this case has been removed from state court, the Defendant must properly serve a copy of this Order to the Plaintiff.)

   c. Within fourteen days of receiving service of Plaintiff's statement of claim, the Defendant must file a response to the Plaintiff's statement of claim.

2. Within fourteen days of the filing of a response to the complaint by a Defendant in this matter, the parties must meet and confer regarding discovery and scheduling issues, as set out in Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

3. Within seven days of the parties' discovery and scheduling conference, the parties must file a joint discovery plan and conference report, as set forth in Federal Rule of Civil Procedure 26(f)(3) and Local Rule 16.1(b)(2).

4. **The parties are ordered to disregard the requirements of Local Rule 16.1 and Federal Rule of Civil Procedure 26(f)(3)(B) regarding any proposed deadlines or dates certain**. Instead, it is the Court's practice to set FLSA cases

on an expedited case track. This expedited case track requires the parties to complete discovery approximately three and a half months from of the date of the Court's Scheduling Order, and provides for a trial date approximately eight months from of the date of the Court's Scheduling Order. The Court's expedited case track is set forth in Attachment "A" to this Order. If the parties believe that this case is uniquely complex and requires more time the parties must set out the reasons justifying a more protracted schedule along with a proposed schedule of trial and pretrial deadlines. The proposed schedule must be submitted in substantially the same format as the schedule presented in the Attachment to this Order with all proposed date or event deviations *italicized*. Regardless of any proposed changes, the dispositive motions deadline must be set no later than four months before the commencement of the proposed trial period and no sooner than two weeks after the close of all fact discovery. **Should any aspect of the proposed schedule fail to comply with the directions in this paragraph, the Court may unilaterally set the case on the expedited track**.

5. Magistrate Judge Referral. By virtue of 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court **refers** all non-dispositive pretrial and discovery motions in this case to United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law, as well as any pretrial or post-trial motions related to attorneys' fees, costs, or sanctions.

6. Settlement Conference Before Magistrate Judge. The parties may, at any time, file a motion requesting a settlement conference before Judge Torres. The Court encourages the parties to consider a confidential settlement conference with Judge Torres, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

7. Discovery Motion Procedures. Judge Torres will enter a separate order regarding his discovery procedures.

**Done and ordered** at Miami, Florida, on August 22, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

**Attachment "A" to the Order Requiring
Discovery and Scheduling Conference**

**Example Scheduling Timeline For Expedited Track Cases**

| weeks after entry of the scheduling order | |
|---|---|
| 4 weeks | Deadline to join additional parties or to amend pleadings. |
| 9 weeks | Deadline to file joint interim status report.<br><br>Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 14 weeks | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| 16 weeks | Deadline for the filing of all dispositive motions. |
| 18 weeks | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 21 weeks | Deadline to complete all expert discovery. |
| 8 weeks BEFORE calendar call | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |
| 4 weeks BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 2 weeks BEFORE the trial date | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 33 weeks (approximate) | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period) |