# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| CELSO ACOSTA GARCIA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br><br>vs.<br><br>PAJEOLY CORP.,<br>PAOLO MAIETTA,<br>JENNIFER MAIETTA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*18-cv-23399*

## SUMMONS IN A CIVIL ACTION

To:
**PAJEOLY CORP.,**
**Registered Agent: PAGIO'S & ASSOCIATES, LLC**
**1040 71ST STREET**
**STE. 103**
**MIAMI BEACH, FL 33141**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*    **Steven M. Larimore**

Date:    **AUG 2 2 2018**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No..

*18— 23395* PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Bayfely Corp _____
was received by me on *(date)* _____ 8/24/18 _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ Magill Antie _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ Bayfely Corp _____ on *(date)* _____ 8/29/18 _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ 20.00 _____ for travel and $ _____ 20.00 _____ for services, for a total of $ _____ 40.00 _____


I declare under penalty of perjury that this information is true.

Date: _____ 8/31/18 _____           _____
                                              *Server's signature*

                                              Perry Parang
                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:



**PAGIO'S & ASSOCIATES, LLC**

**Giovanna Guerra**
Tax & Bookkeeping Specialist

Office: (305) 397-8553
Fax: (305) 397-8521
gioguerra@pagiostax.com

1040 71st Street, Ste 103 Miami Beach, FL 33141
www.pagiostax.com  |  www.pagios.net



## SERVICIOS CORPORATIVOS & TAXES

Contabilidad de Empresas
Creación de Corporaciones
Compra/Venta Negocios
Taxes Personales
Taxes Corporativos

## INMIGRACION

Peticiones Familiares
Ajuste de Status/Ajuste Cubano
Permisos de Trabajo
Ciudadanías
Visas: Novios Estudios, Inversión, Trabajo, etc.

## OTROS SERVICIOS

Notary Public / Matrimonios
Testamentos, Contratos, Poderes, etc.
Divorcios, Child Support, Paternidad, etc.
Apostillados /Traducciones Certificadas
Registración & Patente de Marcas