United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Celso Acosta Garcia, et al., Plaintiff, ) <br> ) <br> v.                                           ) <br> ) <br> Pajeoly Corp., Paolo Maietta,          ) <br> Jennifer Maietta, Defendants.          ) | Civil Action No. 18-cv-23399-Civ-Scola |

### Notice Of Upcoming Deadline To Serve
### Under Federal Rule Of Civil Procedure 4(m)

A plaintiff must serve the defendant with a summons and a copy of the complaint within 90 days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiff filed the Complaint on August 21, 2018, and service is required by November 19, 2018. From a review of the record, it does not appear that the Plaintiff has served Defendants Paolo and Jennifer Maietta yet. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiff is notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiff timely serves the Defendant by November 19, 2018, or establishes with the Court—before this deadline—that good cause exists for the failure.

**Done and ordered** at Miami, Florida, on September 25, 2018.

_____
Robert N. Scola, Jr.
United States District Judge